JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEEMA SHARMA, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> MAPLETREE INVESTMENTS PTE. LTD., a Singaporean corporation; and DOES 1-20, <br><br> Defendants. | CASE NO.: 2:21-CV-02262-RGK-MAA <br><br> **[~~PROPOSED~~] ORDER** |

LIANG LY LLP
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
213.262.8000 (Telephone) | 213.335.7776 (Facsimile)

Before the Court is the Stipulation of Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(ii). Having considered the Stipulation, and finding good cause shown, the Stipulation is hereby **GRANTED**.

**IT IS ORDERED** that, pursuant to the Parties' stipulation, this action and all claims therein are dismissed without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS SO ORDERED.**

Dated: June 15, 2021

*/s/ Gary Klausner*

Hon. R. Gary Klausner
United States District Court Judge